## BOZARTH v. McINTYRE.

[No. 5,483.   Filed November 28, 1905.]

APPEAL AND ERROR.—*Jurisdiction.—Final Judgment.—Record.*— The Appellate Court has no jurisdiction to determine an appeal unless from a final judgment; and the record on appeal must affirmatively show such final judgment.

From Porter Circuit Court; *William H. Dowdell,* Special Judge.

Action by Nelson J. Bozarth against James McIntyre. From a judgment for defendant, plaintiff appeals. *Appeal dismissed.*

*Nelson J. Bozarth, in pro. per.,* for appellant.
*T. H. Heard,* for appellee.

MYERS, J.—In this State appeals to the Supreme and Appellate Courts can only be taken from a final judgment. *Keller* v. *Jordan* (1897), 147 Ind. 113; *Home, etc., Power Co.* v. *Globe Tissue Paper Co.* (1896), 145 Ind. 174; *City of Jeffersonville* v. *Tomlin* (1893), 7 Ind. App. 681.

Unless the record on appeal discloses a final judgment, the appeal will not be entertained. *City of Jeffersonville* v. *Tomlin, supra; Chicago Horseshoe Co.* v. *Gostlin* (1903), 30 Ind. App. 504; *Stephenson* v. *Gillaspie* (1899), 23 Ind. App. 187. The record in this cause contains a copy of the instructions submitted to the jury, and by the bill of exceptions it is asserted that the instructions were applicable to the evidence in the cause. The instructions are virtually all that the record contains. There is nothing in the record showing a final disposition of the cause in the lower court. This omission is fatal to this appeal.

Appeal dismissed.